IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| NATHAN CRAWFORD, § § § § § § § § § § § | |
| Plaintiff, | |
| v. | 2:23-cv-152-Z-BR |
| WEST TEXAS A&M UNIVERSITY and TEXAS A&M UNIVERSITY SYSTEM, | |
| Defendant. | |

## ORDER TO OBTAIN LOCAL COUNSEL

The purpose of this Order is to direct the Plaintiff's attention to Local Rule 83.10,[1] "Requirement of Local Counsel," and to order compliance with the local counsel requirements of the Northern District of Texas.

The Court entered its Standing Orders on December 5, 2023. (ECF 8). Pursuant to the Standing Orders, the parties have 21 days from the date the Standing Orders are entered to comply with the local counsel requirement, so the parties were required to obtain local counsel by December 26, 2023. (ECF 8 at 1–2). As of today, Plaintiff has yet to obtain local counsel. (*See* ECF 8 at 1–2).

**Plaintiff is required to obtain local counsel under Rule 83.10(a) and is ORDERED to file an entry of appearance of local counsel within seven (7) days of this Order—on or before January 11, 2024.** Plaintiff's failure to comply with Local Rule 83.10 may result in a

---

[1] Pursuant to Local Rule 83.10(a), if a party is represented by an attorney who does not reside or maintain his principal office in the Northern District of Texas, then that party must obtain local counsel. N.D. Tex. Civ. R. 83.10(a). If a party in this case is required to obtain local counsel, then that party must designate an attorney who: (1) is a member of the bar of the Northern District of Texas; (2) resides and/or maintains his principal office in the Northern District of Texas; **and** (3) has a residence and/or principal office that is located **within 50 miles** of the J. Marvin Jones Federal Building and Mary Lou Robinson United States Courthouse, 205 East Fifth Street, Amarillo, Texas 79101. N.D. Tex. Civ. R. 83.10(a). Rule 83.10(b) specifies the duties of local counsel.

recommendation by the undersigned to the District Judge for dismissal without prejudice of this case without further notice.

    IT IS SO ORDERED.

    ENTERED January 4, 2024.

*[signature]*
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE