IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

NATHAN CRAWFORD,

    Plaintiff,

v.                                                           2:23-CV-152-Z-BR

WEST TEXAS A&M UNIVERSITY,

    Defendant.

## JUDGMENT

The Court **GRANTED** Defendants' Motion for Summary Judgment on Plaintiff's claim. This case is therefore **DISMISSED** with prejudice. Judgment is rendered accordingly.

**SO ORDERED.**

July 1, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE